UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-24901-JB

VICTOR ARIZA,

    Plaintiff,

v.

IT'S SUGAR LLC,

    Defendant.

_____/

## ORDER REQUIRING STIPULATION OF DISMISSAL AND ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Settlement. ECF No. [6]. Upon due consideration of the Notice, the pertinent portions of the record, and being otherwise fully advised, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The parties shall file a Joint Stipulation for Dismissal within **thirty (30) days** of the date of this Order.

2. If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

3. The Clerk shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida this 21st day of January, 2025.

_____
JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE