UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-24901-JB

VICTOR ARIZA,

    Plaintiff,

v.

IT'S SUGAR LLC,

    Defendant.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** came before the Court on Plaintiff's Notice of Voluntary Dismissal With Prejudice. ECF No. [8]. Accordingly, it is **ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**. Each party shall bear their own attorney's fees and costs. The Clerk is directed to **CLOSE** this case, and all pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida this 27th day of January, 2025.

_____
JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE